```
JOANN ALIDA WRIGHT              CREDIT ONE BANK                 SINGING RIVER HEALTH
1230 LONDONDERRY LN             ATTN: BANKRUPTCY DEPT           2101 HWY 90
OCEAN SPRINGS, MS 39564         6801 CIMARRON RD                GAUTIER, MS 39553
                                LAS VEGAS, NV 89113


THOMAS C. ROLLINS, JR.          FIRST SAVINGS BANK              SOUTHERN FINANCIAL
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY                2603 OAK GROVE ROAD
P.O. BOX 13767                  PO BOX 5019                     SUITE B
JACKSON, MS 39236               SIOUX FALLS, SD 57117           HATTIESBURG, MS 39402


AFFIRM, INC.                    KAYLEIGH BOLDEN                 SYNCHRONY
ATTN: BANKRUPTCY                1230 LONDONDERRY LN             ATTN: BANKRUPTCY
650 CALIFORNIA ST               OCEAN SPRINGS, MS 39564         PO BOX 965064
FL 12                                                           ORLANDO, FL 32896
SAN FRANCISCO, CA 94108


AFTERPAY                        KIA MOTORS FINANCE              TOWER LOAN
222 KEARNY ST #600              ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94103         PO BOX 20825                    PO BOX 320001
                                FOUNTAIN VALLEY, CA 92728       FLOWOOD, MS 39232


CAPITAL ONE                     KLARNA                          WAKEFIELD & ASSOC
ATTN: BANKRUPTCY                PO BOX 8116                     P.O. BOX 50250
PO BOX 30285                    COLUMBUS, OH 43201              KNOXVILLE, TN 37950
SALT LAKE CITY, UT 84130


CAPITALONE                      MOHELA                          ZIP PAY
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY                228 PARK AVE S
PO BOX 30285                    633 SPIRIT DR                   NEW YORK, NY 10003
SALT LAKE CITY, UT 84130        CHESTERFIELD, MO 63005


CASHAPP                         NAVIGATOR CREDIT UNION
1955 BROADWAY, SUITE 6          ATTN: BANKRUPTCY
OAKLAND, CA 94612               P.O. BOX 1647
                                PASCAGOULA, MS 39568


CITIBANK                        PROMETHEUS LAB
CENTRALIZED BANKRUPTCY          9410 CARROL PARK DR
PO BOX 790046                   SAN DIEGO, CA 92121
ST LOUIS, MO 63179


COMENITY BANK                   SINGING RIVER FCU
ATTN: BANKRUPTCY                6006 HIGHWAY 63
PO BOX 182125                   MOSS POINT, MS 39563
COLUMBUS, OH 43218
```