# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50243          **Case Name:**  Joann Alida Wright

**Set:**  05/07/2026 10:00 am   **Chapter:**  13    **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation of Hearing) No objections filed. Confirmation hearing removed. (srw)