United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50243-KMS

Joann Alida Wright                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: May 05, 2026 | Form ID: n031 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann Alida Wright, 1230 Londonderry Ln, Ocean Springs, MS 39564-3213 |
| cr | + | Navigator Credit Union, c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| 5630842 | + | Byrd & Wiser, Esq., for Navigator Credit Union, PO Box 1939, Biloxi, MS 39533-1939 |
| 5625075 | + | Kayleigh Bolden, 1230 Londonderry Ln, Ocean Springs, MS 39564-3213 |
| 5625076 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5625080 | + | Prometheus Lab, 9410 Carrol Park Dr, San Diego, CA 92121-5201 |
| 5625083 | + | Southern Financial, 2603 Oak Grove Road, Suite B, Hattiesburg, MS 39402-8928 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5625066 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 05 2026 20:03:58 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5625067 | ^ | MEBN | May 05 2026 19:51:45 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5662344 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 20:03:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5625068 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2026 20:04:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5627914 | + | Email/PDF: ebn_ais@aisinfo.com | May 05 2026 20:03:58 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5625069 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2026 20:03:57 | Capitalone, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5625070 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | May 05 2026 19:57:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5625071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2026 20:03:58 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5625072 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2026 19:57:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5625073 | + | Email/PDF: creditonebknotifications@resurgent.com | May 05 2026 20:03:55 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5625074 | | Email/Text: BNSFS@capitalsvcs.com | May 05 2026 19:56:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 5646776 | ^ | MEBN | May 05 2026 19:51:32 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5625077 | | Email/Text: customerservice.us@klarna.com | | |

District/off: 0538-6                    User: mssbad                              Page 2 of 3

Date Rcvd: May 05, 2026                 Form ID: n031                            Total Noticed: 32

| | | May 05 2026 19:56:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5632912 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 20:04:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5625078 | Email/Text: EBN@Mohela.com | May 05 2026 19:57:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5625079 | Email/Text: bankruptcy@navigatorcu.org | May 05 2026 19:56:00 | Navigator Credit Union, Attn: Bankruptcy, P.O. Box 1647, Pascagoula, MS 39568 |
| 5644225 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2026 20:03:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5625081 | + Email/Text: lynn.simmers@srfcu.org | May 05 2026 19:57:00 | Singing River FCU, 6006 Highway 63, Moss Point, MS 39563-9534 |
| 5625082 | + Email/Text: SRHS.FSBank@MYSRHS.COM | May 05 2026 19:57:00 | Singing River Health, 2101 Hwy 90, Gautier, MS 39553-5340 |
| 5632154 | ^ MEBN | May 05 2026 19:52:03 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5625084 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 05 2026 20:03:57 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5625085 | Email/Text: bankruptcy@towerloan.com | May 05 2026 19:57:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5638688 | + Email/Text: bankruptcy@towerloan.com | May 05 2026 19:57:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5625086 | Email/Text: bankruptcy.accounts@wakeassoc.com | May 05 2026 19:56:00 | Wakefield & Assoc, P.O. Box 50250, Knoxville, TN 37950 |
| 5625087 | + Email/Text: cxbk@zip.co | May 05 2026 19:57:00 | Zip Pay, 228 Park Ave S, New York, NY 10003-0103 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5646931 | *+ | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

District/off: 0538-6                     User: mssbad                          Page 3 of 3
Date Rcvd: May 05, 2026                  Form ID: n031                         Total Noticed: 32

| Name | Email Address |
| --- | --- |
| Robert Alan Byrd | on behalf of Creditor Navigator Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joann Alida Wright trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50243−KMS
**Chapter:**  13

**In re:**

Joann Alida Wright
aka Joann Wright
1230 Londonderry Ln
Ocean Springs, MS 39564

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 5, 2026 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 5, 2026

Danny L. Miller, Clerk of Court